IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>**Plaintiff**,<br><br>v.<br><br>LIONEL HERNANDEZ-COTTO<br><br><br>**Defendant(s).** | Case No. 3:18-cr-00199-01 (FAB) |

### ORDER

The Report and Recommendation filed on May 8, 2023, ECF No. 108 on defendant's Rule 11 proceeding held before Magistrate Judge Bruce J. McGiverin on April 27, 2023, to which no opposition has been filed, has been considered *de novo* and APPROVED.

The Court finds that the plea was entered voluntarily and intelligently, with awareness of the rights and the consequences of pleading guilty and that it contains all the elements of the offense charged in the Indictment. Accordingly, the guilty plea of defendant as to count two (2) of the Indictment is accepted.

**Sentencing hearing remains set for July 28, 2023 at 9:00 a.m. in Old San Juan Courtroom 6, First Floor.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 8th day of June 2023.

s/*Francisco A. Besosa*
FRANCISCO A. BESOSA
Senior United States District Judge